Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
LAW OFFICES OF MARK D. PONIATOWSKI
PROFESSIONAL CORPORATION
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone:  (510) 881-8700
Facsimile:  (510) 881-8702

Attorneys for Use-Plaintiff Holt of California, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of: | CIVIL ACTION NO. CV 10-03496 JW (Case Designated For Court's ECF Program) |
| HOLT OF CALIFORNIA, a California corporation, | ORDER UPON STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT |
| Plaintiff, | |
| v. | |
| TOTAL TEAM CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation; CENTRAL VALLEY ENGINEERING & ASPHALT, INC., a California corporation; BOB LEPPEK, an individual, | Assigned to the Hon. James Ware |
| Defendants. / | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered the Stipulation for Entry of Judgment Upon Default filed herewith between plaintiff Holt of California, a California corporation, and defendants Central Valley Engineering & Asphalt, Inc., a California corporation and Bob Leppek, an individual, filed on October 13, 2010 ("Stipulation"), and having determined that the terms of the Stipulation are fair and equitable and voluntarily accepted by the parties thereto, and good cause

LAW OFFICES OF
*Mark D. Poniatowski*
PROFESSIONAL CORPORATION
20980 REDWOOD ROAD,
SUITE 200
CASTRO VALLEY, CA 94546

ORDER UPON STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT                                         Page 1

1  appearing therefore;

2      IT IS HEREBY ORDERED that the terms of the Stipulation are hereby approved in all

3  respects and are incorporated herein as this Court's order.

4      Judgment shall be entered per the parties' Stipulation. The Clerk of Court shall close this file. In the event of a breach, either party can file to reopen the case.

5  DATED: January 18, 2011          /s/ James Ware

6                        JAMES WARE
                      UNITED STATES DISTRICT CHIEF JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
*Mark D. Poniatowski*
PROFESSIONAL CORPORATION
20980 REDWOOD ROAD,
SUITE 200
CASTRO VALLEY, CA 94546

ORDER UPON STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT      Page 2